IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **INFORMATIVE TECHNOLOGY SYSTEMS, LLC,** | ) ) ) | |
| Plaintiff, | ) ) | Case No. 6:21-cv-01117-ADA |
| v. | ) ) | Patent Case |
| **CODELATHE TECHNOLOGIES, INC.,** | ) ) | Jury Trial Demanded |
| Defendant, | ) ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Informative Technology Systems, LLC ("Plaintiff" and/or "ITS") and Defendant CodeLathe Technologies, Inc. ("Defendant" and/or "CodeLathe"), by and through their respective counsel, wish to confirm the final resolution of this matter. Plaintiff and Defendant hereby stipulate to the dismissal with prejudice of all ITS' claims against CodeLathe. Each party will bear its own costs and attorneys' fees.

Dated: January 26, 2022                               Respectfully submitted,


                */s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

By: */s/William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
THE DAVIS FIRM
PC 213 N. Fredonia Street, Suite 230 Longview, Texas 75601
Telephone: (903) 230-9090

Richard C. Vasquez (pro hac vice to be filed)
(CA State Bar No. 127228)
rvasquez@vbllaw.com
Jeffrey T. Lindgren (pro hac vice to be filed)
(CA State Bar No. 176400
jlindgren@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
1550 Parkside Drive, Suite 130
Walnut Creek, CA 94596
Telephone: (925) 627-4250
Facsimile: (925) 403-0900
Facsimile: (903) 230-9661

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2022, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

      */s/Jay Johnson*
      **JAY JOHNSON**